# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 28, 2022 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER(S):** | CV-21-5164 (JS) |
| **NAME OF CASE(S):** | **MANZANAREZ V. OMNI RECYCLING OF BABYLON, INC. ET AL** |
| **FOR PLAINTIFF(S):** | Moser |
| **FOR DEFENDANT(S):** | Weinberger, Tilton |
| **NEXT CONFERENCE(S):** | **JULY 18, 2022 AT 11:00 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | N/A |

## RULINGS FROM INITIAL CONFERENCE:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 5/16/22;

Completion of Phase I discovery - 6/28/22;

Deadline for motions to join new parties or amend pleadings - 8/1/22;

First requests for production of documents and interrogatories due by - 8/15/22;

All fact discovery to be completed by 12/1/22;

Exchange of expert reports - 1/1/22;

Expert depositions completed by - 1/28/23;

All discovery completed by - 1/28/23;

Final date to take first step in dispositive motion practice - 2/27/23.

An in-person settlement conference will be held on July 18, 2022 at 11:00 a.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via *ex parte* electronic filing no later than July 15, 2022. A motion to file ex parte is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference. Defendants' deadline to answer or otherwise respond to the Complaint is stayed until after the settlement conference. If the case does not settle, Defendants may renew their pre-motion conference request.