# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | August 17, 2022 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-21-5164 (JS) |
| NAME OF CASE(S): | Manzanarez v. Omni Recycling Of Babylon, Inc. et al |
| FOR PLAINTIFF(S): | Moser |
| FOR DEFENDANT(S): | Tilton |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | N/A |

**RULINGS FROM** Settlement Conference:

Settlement discussions were held and the parties were able to reach a disposition. Parties shall file the motion for judicial approval by September 16, 2022.